NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-979


KEVIN JAMES LANDREAUX

VERSUS

MARDISA WENONA NEVES


**********
APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 02-C-3183-C
HONORABLE ALONZO HARRIS, DISTRICT COURT JUDGE

**********
ULYSSES GENE THIBODEAUX
JUDGE
**********

Court composed of Ulysses Gene Thibodeaux, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.


AFFIRMED.

Willie Hunter  Jr.
Post Office Box 3105
Monroe, LA 71210-3105
Telephone:  (318) 388-0883
COUNSEL FOR:
    Defendant/Appellee - Mardisa Wenona Neves

Grady M. Spears
1001 W. Pinhook, Bldg. 3, #222
Lafayette, LA 70503
Telephone:  (337) 233-3634
COUNSEL FOR:
    Plaintiff/Appellant - Kevin James Landreaux